456

**KNAPP–MONARCH COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12600.

Circuit Court of Appeals, Eighth Circuit.

Feb. 18, 1944.

Charles P. Williams and J. Spencer Wolling, both of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States, 1 T.C. 59, affirmed, on joint motion of parties, etc., and petition to review dismissed without costs to either party in this Court.

**Fredericka LUCIAN, Executrix of the Estate of Leonora Forney Burkhart, Deceased, Appellant, v. Thomas L. TALLENTIRE et al., Appellees.**

No. 9690.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1944.

David Howe, of Cincinnati, Ohio, for appellant.

William R. Meier, M. Froome Barbour, James E. Kimpel, Clark & Robinson, Ernst, Cassatt & Cottle, and George D. Harper, all of Cincinnati, Ohio, for appellees.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, briefs of the parties, and argument by counsel in open court; after due consideration, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

**J. W. MALONEY, Collector of Internal Revenue, Portland, Oregon, Appellant, v. PORTLAND GENERAL ELECTRIC COMPANY, a Corporation, Appellee.**

**PORTLAND GENERAL ELECTRIC COMPANY, a Corporation, Appellant, v. J. W. MALONEY, Collector of Internal Revenue, Portland, Oregon, Appellee.**

No. 10769.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1944.

Carl C. Donaugh, U. S. Atty., of Portland, Or., for appellant Maloney.

Clarence D. Phillips, of Portland, Or., for appellant Portland General Electric Co.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal of J. W. Maloney, Collector of Internal Revenue and the appeal of Portland General Electric Co., in this cause, be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.